IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-01623-DDD-KAS

EDGAR MARTINEZ PABON,

     Petitioner,

v.

JUAN BALTAZAR, Warden of Denver Contract Detention Facility,
Aurora, CO;
GEORGE VALDEZ, Denver Field Office Director, U.S. Immigration
and Customs Enforcement;
DAVID VENTURELLA, Acting ICE Director;
MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland
Security;
TODD BLANCHE, Acting Attorney General of the United States,

     Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is entered.

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Denying Writ of Habeas Corpus, filed July 22, 2026, by the Honorable Daniel D. Domenico, Chief United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that the Petition for Writ of Habeas Corpus is DISMISSED WITHOUT PREJUDICE.

1

DATED at Denver, Colorado this 22nd day of July, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK


*s/ Robert R. Keech*

Robert R. Keech,
Deputy Clerk